IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY LEON GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 20-124J |
| | ) | |
| v. | ) | JUDGE AMBROSE |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | *(Electronic Filing)* |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this  1st  day of  March , 2021, upon consideration of Defendant's Unopposed Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and this case is remanded to the Commissioner for further proceedings.

On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to a different Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE